AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*November 08, 2019*

David J. Bradley, Clerk of Court

United States of America
v.
Rigoberto Lopez-Chavez

Case No. **4:19mj2101**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __11/07/2019__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 846, 841(a)(1) and (b)(1)(A)(viii) | Knowingly and unlawfully possess with intent to distribute over 500 grams of methamphetamine and conspiracy to possess with the intent to distribute over 500 grams of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Todd L. Neilon, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __11/08/2019__

_____
*Judge's signature*

City and state: __Houston, Texas__       Peter Bray, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT OF TASK FORCE OFFICER TODD L. NEILON IN SUPPORT OF CRIMINAL COMPLAINT

Affiant, Todd L. Neilon, Task Force Officer with the Drug Enforcement Administration, United States Department of Justice, being duly sworn does depose and state the following.

1. Affiant is a Task Force Officer with the Drug Enforcement Administration, assigned to the Houston Field Division, Enforcement Group D-25, since April 2018. Affiant has been a peace officer in the State of Texas for nineteen (19) years and is currently employed by the Pasadena Police Department. Your affiant has received specialized training in controlled substance violations, including but not limited to Title 21 of the United States Code. That affiant is familiar with investigations involving the transportation, storage and distribution of controlled substances.

2. This affidavit is in support of a complaint, charging **Rigoberto Lopez-Chavez**, with a violation of Title 21, United States Code Sections 841 and 846, Possession with intent to Distribute Methamphetamine and Conspiracy to Possess with intent to Distribute Methamphetamine. Affiant learned of the following information from personal observation as well as from information given to the affiant during this investigation.

3. In October of 2019, TFO Todd Neilon received information in reference to a methamphetamine trafficking organization operating in the Houston, Texas area. TFO Neilon was told by Pasadena Police Officer A. Duran (hereafter UC) of this organization and that the UC had been passed a Mexico phone number to contact to further coordinate a methamphetamine transaction. The UC made contact via cellphone with the suspected trafficker to begin negotiations to buy approximately fifteen (15) kilograms of methamphetamine for $5,500.00 per kilogram for a total price of $82,500.00. Negotiations continued for two days via cell phone on how the transaction would take place between the UC and an unknown male in Mexico.

4. On November 7, 2019, the UC was contacted by an unknown male using cell phone number (832)541-9147. The unknown male stated that he was in the Houston area to complete the drug transaction and needed to complete the deal as early in the day as possible. The unknown male and the UC finalized the details of the transaction and agreed upon a meeting location of the Home Depot located at 6810 Gulf Freeway Houston, Texas 77087.

5. Members of the Pasadena Narcotics Task Force and DEA Houston Field Division established surveillance around the Home Depot at approximately 12:30 p.m. At approximately 2:20p.m., the UC received a call from the unknown male asking where he was located in the parking lot and what he was driving. The UC told him where he was parked and gave a description of the UC's vehicle. At approximately 2:22 p.m., the surveillance team observed a green Chevrolet Tahoe SUV drive up to and park on the driver's side of the UC vehicle. The UC talked briefly to the male, who was later identified as **Rigoberto LOPEZ-CHAVEZ, age 39**, through his window, before exiting the UC vehicle and walking to the passenger side of the Tahoe and opening the front passenger door. The UC observed three large black trash bags on the front floorboard of the Tahoe and opened one of the bags. The UC observed gallon sized Ziploc bags inside the trash bags that contained a light rust colored crystal like substance which the UC believed to be methamphetamine. Methamphetamine is a schedule II controlled substance.

6. The UC gave the predetermined bust signal, at which time members of the Pasadena Narcotics Task Force moved into position and placed **LOPEZ-CHAVEZ** into custody. **LOPEZ-CHAVEZ** was the driver and lone occupant of the Tahoe.

7. **LOPEZ-CHAVEZ** was read his Miranda warning by Sgt. R. Granados in Spanish as **LOPEZ-CHAVEZ** read along in Spanish at the Pasadena Police Department. **LOPEZ-CHAVEZ** admitted to picking up the three bags of methamphetamine and stated he was

going to receive $1500.00 for transporting the narcotics to the UC. The bags were weighed at the Pasadena Narcotics Office and had a total weight of 15.6 kilograms. The bags were also individually field tested by your Affiant and showed a positive result for methamphetamine, a schedule II controlled substance.

8. Based on the foregoing, your affiant respectfully submits that probable cause exists to believe that **Rigoberto LOPEZ-CHAVEZ**, committed a violation of Title 21, United States Code Sections 841 and 846, Possession with intent to Distribute Methamphetamine and Conspiracy to Possess with intent to Distribute Methamphetamine, to wit: Approximately 15.6 kilograms of Methamphetamine, a Schedule II controlled substance.

_____
Todd Neilon
Task Force Officer
Drug Enforcement Administration

Sworn and subscribed before me this ____8____ day of November 2019, and I find probable cause.

_____
Peter Bray
United States Magistrate Judge
Southern District of Texas