UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

DEC 04 2019

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. |
| vs. § | **19 CR 873** |
| § | |
| RIGOBERTO LOPEZ-CHAVEZ § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

**Conspiracy to Possess with the Intent to Distribute a Controlled Substance**

On or about November 2, 2019 to November 7, 2019, in the Southern District of Texas, and elsewhere,

**RIGOBERTO LOPEZ-CHAVEZ**

defendant herein, did unlawfully, knowingly, and intentionally, combine, conspire, confederate, and agree with others unknown to the Grand Jury, to possess with the intent to distribute a controlled substance. The overall scope of the conspiracy involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A).

## COUNT TWO

### Possession with Intent to Distribute a Controlled Substance

On or about November 7, 2019, in the Southern District of Texas, and elsewhere,

### RIGOBERTO LOPEZ-CHAVEZ

defendant herein, aided and abetted by others unknown to the Grand Jury, did knowingly and unlawfully possess with the intent to distribute a controlled substance. This violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

### A TRUE BILL

ORIGINAL SIGNATURE ON FILE

### FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS

By:

*/s/ R. Stabe*

Robert Stabe
Assistant United States Attorney
Southern District of Texas
713-567-9583

2